IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, #113338,        ) | |
| )                                    | |
| Plaintiff,                        ) | |
| v.                                   )                            | CASE NO. 2:09-cv-801-MEF |
| )                                    | |
| TONY PATTERSON, *et al.,*         ) | |
| )                                    | |
| Defendants.                       ) | |

## **O R D E R**

On September 8, 2009, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 29th day of September, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE